SNYDER & ASSOCIATES AQUISITIONS LLC, a California limited liability company; Total Tax Preparations, Inc., a California corporation,
Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 15-56011

United States Court of Appeals,
Ninth Circuit.

Filed July 13, 2017

D.C. No. 8:14-cv-01350-CJC-RNB

Before: Susan P. Graber, Jay S. Bybee, and Morgan Christen, Circuit Judges.

### ORDER

Plaintiffs-Appellants' petition for panel rehearing (Dkt. # 38) is **GRANTED**. The opinion filed June 16, 2017, is amended as follows: (1) on page two, "millions of plaintiffs' dollars" is replaced with "plaintiffs' money"; (2) on page two, "into bankruptcy" is replaced with "out of business"; and (3) all uses of the word "privileges" on pages two, six, fourteen, and twenty are replaced with "authorization." No further petitions for panel rehearing or rehearing en banc will be considered.